UNITE STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

28 U.S.C. §2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

Thomas W. TILL                    Case No. 3:23-cv-337

INDIANA STATE PRISON;

$5.00 filing fee enclosed

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

GROUND ONE: Jennifer Farmer who is the release specialist for the Prison system for the State of Indiana, and who is also in charge of restoring any lost earned goodtime is not following a state policy which she Keeping me from getting my lost earned goodtime restored in which I am afforded.

Supporting Facts:

Per Policy set forth by the State of Indiana, "See Policy and Administrative Procedure 02-04-101 dated 3/1/2020,

(1)

page 49, it cleary states that I am intitled to petition to have my lost goodtime restored as I meet all the criteria set forth in.

GROUND TWO: Jennifer Farmer is still trying to go by and inforce an older Policy that was used and no longer in effect or in use as it was updated by a newer Policy.

Supporting Facts:

Jennifer Farmer is still trying and is inforceing an older Policy which is Keeping me from petitioning for restoration of goodtime. The Policy in which she is inforcing is Policy 02-04-101, dated 1/1/2020. In this older Policy Ms. Farmer is correct in her actions for not allowing me to petiton for earned goodtime. However, on 3/1/2020 That same Policy was updated, and changed which now allows me to petition and have earned goodtime restored.

GROUND THREE: Jennifer Farmer rescinded 60 days of earned/restored goodtime given back to me by Dawn Buss after I submitted and Petitioned for it, and meet all criteria for such.

## Supporting Facts:

After petitioning for restored goodtime, 60 days were given back to me by Dawn Buss on 5/12/2020. Then I petitioned to have more goodtime restored once again. However this was denied by Jennifer Farmer as said before, she is using an older Policy. Furthermore Ms. Farmer rescinded the 60 days given back to me on 1/11/2021 for no reason.

**GROUND FOUR:** I have for years now, since 1/11/2021 have told Jennifer Farmer she is wrong for rescinding that 60 days and also for not allowing me to petition for goodtime, as she says I don't meet the crieria due to a Class A Conduct report on 10-14-2016 -

## Supporting Facts:

I have wrote letters to Jennifer Farmer and told her about the newer Policy and that she is wrong. Also that she has been keeping me from petitioning for earned credit/goodtime back since 1/11/2021. Even doing a classification Appeal had no effect on her or the issue. Also telling her that the Class A conduct report on 10-14-2016, per policy only says I cant petition for goodtime on that conduct report, not that it states that I am ineligible all togather as she sees it.

(3)

## RELIEF:

I ask for the following relief: That the Court interpret the Policy 02-04-101, dated 3/1/2020 to Jennifer Farmer and to give back the wrongfully rescinded 60 days taken on 1/11/2021. Also that Per Policy 02-04-101 dated 3/1/2020 page 49 that I indeed are eligible and meet all criteria to petition for the rest of my lost earned goodtime as Policy States.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ___ at ___ P.M.

I declare under penalty of perjury that all of the statements in this petition are ture and I agree I will promptly notify the Court of any change of address.

Thomas Hill                                        109020
Signature                                          prison number

④