UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| THOMAS TILL, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:23-CV-337-JEM |
| | ) | |
| WARDEN, | ) | |
|     Respondent. | ) | |

**ORDER**

Thomas Till, a prisoner without a lawyer, filed a motion to voluntarily dismiss his case without prejudice [DE 12]. He explains that he intends to exhaust State court remedies with respect to the claims in the habeas petition. "Where state remedies remain available to a habeas petitioner who has not fairly presented his constitutional claim to the state courts, the exhaustion doctrine precludes a federal court from granting him relief on that claim: although a federal court now has the option of denying the claim on its merits, it must otherwise dismiss his habeas petition without prejudice so that the petitioner may return to state court in order to litigate the claim." *Perruquet v. Briley*, 390 F.3d 505, 514 (7th Cir. 2004).

For these reasons, the Court:

(1) **GRANTS** the motion to voluntarily dismiss [DE 12]; and

(2) **DISMISSES** this case **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2).

SO ORDERED this 2nd day of August, 2023.

                                    s/ John E. Martin
                                    MAGISTRATE JUDGE JOHN E. MARTIN
                                    UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff, *pro se*